**Razmik TAHMAZYAN, Petitioner,**

v.

**Eric H. HOLDER, Jr., Attorney General, Respondent.**

**No. 06–74554.**

United States Court of Appeals, Ninth Circuit.

Submitted Nov. 5, 2010.[*]

Filed Dec. 10, 2010.

Areg Kazaryan, Law Offices of Areg Kazaryan, Glendale, CA, for Petitioner.

Monica Antoun, Esquire, Oil, U.S. Department of Justice, Washington, DC, Chief Counsel Ice, Office of the Chief

---

[*] This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36–3.

[*] The panel unanimously concludes this case is suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

229

Counsel Department of Homeland Security, San Francisco, CA, for Respondent.

Before: HALL and THOMAS, Circuit Judges, and RESTANI, Judge.**

ORDER ***

The Attorney General's unopposed motion to remand this matter to the Board of Immigration Appeals, so that it may reevaluate the Immigration Judge's adverse credibility finding in light of intervening case law, is GRANTED. *See Todorovic v. U.S. Att'y Gen.*, 621 F.3d 1318, 1325–26 (11th Cir.2010); *Razkane v. Holder*, 562 F.3d 1283, 1288 (10th Cir.2009).

The removal order of December 20, 2004, is hereby STAYED pending issuance of the Board's decision upon reconsideration.

REMANDED.

---

** The Honorable Jane A. Restani, Judge of the United States Court of International Trade, sitting by designation.

*** This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36–3.

